IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SYLVIA ORMAN,                                                          PLAINTIFF

V.                                                          NO. 1:06-CV-173-MPM-EMB

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,                         DEFENDANT

## ORDER

Upon consideration of the file and record of this action, the Court finds the Report and Recommendation of the United States Magistrate Judge dated November 13, 2006, was on that date duly electronically served upon counsel of record for the parties; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated November 13, 2006, is approved and adopted as the opinion of the Court.

2. That defendant's motion to remand is hereby granted, and this case is hereby **REVERSED and REMANDED** to the Commissioner of Social Security for further administrative proceedings consistent with the Opinion of this Court.

**THIS**, the 15th day of March, 2007.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**